**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VERA CONRAD,<br><br>        Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. CV 16-7987-JPR<br><br>**JUDGMENT** |

    For the reasons set forth in the accompanying Memorandum Decision and Order, it is hereby ADJUDGED that (1) Plaintiff's request for an order remanding the case for further proceedings is DENIED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is GRANTED; and (3) judgment is entered in the Commissioner's favor.

DATED: January 16, 2018

                                    JEAN ROSENBLUTH
                                    U.S. Magistrate Judge